UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSEPH A. TURNER,

                           **Plaintiff,**

        -against-

COMMISSIONER OF SOCIAL SECURITY,

                           **Defendant.**

-----------------------------------------------------------------X

25-CV-06829 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the recent lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, all deadlines shall be extended by the number of days between September 30, 2025, and the restoration of federal funding. Absent further order by the Court, the Electronic Certified Administrative Record shall be filed by December 1, 2025.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      November 18, 2025
                 New York, New York