**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
  JOSEPH A. TURNER,

                             Plaintiff,                     25 **CIVIL** 6829 (SN)

      -v-                                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated December 23, 2025, that the Commissioner's

decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the

Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for

further administrative proceedings and a new decision pursuant to the fourth sentence of 42

U.S.C. § 405(g).

**Dated:**  New York, New York

        December 29, 2025

                                        **TAMMI M. HELLWIG**
                                     _____
                                        **Clerk of Court**

                    **BY:**             K. mango

                                      _____
                                          **Deputy Clerk**